

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Smart Wagon Corporation and
Montgomery Pike Burkhart, Sr., Appellants

No. 06-23-00051-CV          v.

SS Family Limited Partnership, Appellee

Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 91087). Memorandum Opinion delivered by Justice van Cleef, Chief Justice Stevens and Justice Rambin participating.

     As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted.  Therefore, we dismiss the appeal.

     We further order that the appellants, Smart Wagon Corporation and Montgomery Pike Burkhart, Sr., pay all costs incurred by reason of this appeal.

RENDERED AUGUST 8, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk